

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00170-CV

Fumilayo **GBADMASSI**,
Appellant

v.

**RON RAY L.P.**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2020CV05089
Honorable David J. Rodriguez, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, Gbadmassi's appeal challenging the portion of the county court's judgment awarding Ron Ray L.P. possession is DISMISSED FOR LACK OF JURISDICTION, and the remaining portion of the judgment is AFFIRMED.

Because appellant is indigent, no costs of this appeal are assessed against her.

SIGNED June 30, 2022.

Luz Elena D. Chapa, Justice